| | |
|---|---|
| *Attorney or Party without Attorney:*<br>ERIC H. GIBBS<br>GIRARD GIBBS LLP<br>601 CALIFORNIA ST., SUITE 1400<br>SAN FRANCISCO, CA  94108<br>*Telephone No:* 415 981-4800    *FAX No:* 415 981-4846<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* MIRCEA MURESAN, ect.
*Defendant:* MERCK & CO., INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 0929 SBA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; JUDGE ARMSTRONG'S STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.

3. a. Party served:           MERCK & CO., INC.
   b. Person served:          MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 W. 7TH STREET
                                          LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 25, 2008 (2) at: 11:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MERCK & CO., INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                           d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**       e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                          (i)  Independent Contractor
      LOS ANGELES, CA  90071                        (ii) Registration No.:    5141
   c. 213-250-1111                                  (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Tue, Feb. 26, 2008

                                                                                       (DOUG FORREST)

Judicial Council Form POS-010                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007          SUMMONS & COMPLAINT                    6402398.girgi-sf.116573