| Attorney or Party without Attorney:<br>ERIC H. GIBBS<br>GIRARD GIBBS LLP<br>601 CALIFORNIA ST., SUITE 1400<br>SAN FRANCISCO, CA 94108<br>Telephone No: 415 981-4800    FAX No: 415 981-4846 | For Court Use Only |
|---|---|
| | Ref. No or File No.: |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: MIRCEA MURESAN, ect. | |
| Defendant: MERCK & CO., INC., et al. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 0929 SBA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; JUDGE ARMSTRONG'S STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Feb. 27, 2008
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    SCHERING-PLOUGH CORPORATION
                               2000 GALLOPING HILL ROAD
                               KENILWORTH, NJ 07033

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 27, 2008 in the ordinary course of business.

5. Person Serving:                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                          d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES          e. I am: (3) registered California process server
      1138 HOWARD STREET                           (i)   Independent Contractor
      SAN FRANCISCO, CA 94103                      (ii)  Registration No.:   2008-0001044
   c. 415-626-3111                                 (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Feb. 29, 2008

   (AARON DANIEL)

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   6402397.girgi-sf.116559