Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Merck & Co., Inc.
Schering-Plough Corporation and
Merck/Schering-Plough Pharmaceuticals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRCEA MURESAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., SCHERING-PLOUGH CORPORATION, and MERCK/SCHERING-PLOUGH PHARMACEUTICALS<br><br>Defendants. | No.: C 08-00929 SBA<br><br>**NOTICE OF ENTRY OF CONDITIONAL TRANSFER ORDER**<br><br>Compl. Filed:    February 13, 2008<br>Trial Date:    None set<br>Disc. Cut-Off:    None set<br><br>Honorable Saundra Brown Armstrong |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PLEASE TAKE NOTICE that on April 24, 2008, the Judicial Panel on Multidistrict Litigation filed the attached Conditional Transfer Order in the *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938, in the United States District Court for the District of New Jersey.  The Order conditionally transfers this case and other cases to MDL No. 1938.  The transfer of this case is not yet final, and any opposition to the transfer of this case to MDL No. 1938 is due on or before May 9, 2008 at 4 p.m. EST.  Defendants will notify the Court when a final transfer is effected.  In light of the pending transfer, Defendants respectfully request that the court vacate all status and discovery conferences as well as all deadlines related to such conferences.

DATED:  May 8, 2008.

REED SMITH LLP

By    /s/ Alison B. Riddell
　　　Alison B. Riddell
　　　Attorneys for Defendants
　　　Merck & Co., Inc.
　　　Schering-Plough Corporation and
　　　Merck/Schering-Plough Pharmaceuticals

**EXHIBIT "A"**

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

April 24, 2008

TO INVOLVED COUNSEL

Re:  MDL No. 1938 -- IN RE: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-1)

Dear Counsel:

    Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

    Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

    **NOTICE OF OPPOSITION DUE ON OR BEFORE:**   __May 9, 2008__    **(4 p.m. EST)**
    (Facsimile transmission is suggested.)

    If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

    A list of involved counsel is attached.

                    Very truly,

                    Jeffery N. Lüthi
                    Clerk of the Panel

                    By _Denise Morgan Stone_
                        Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 4 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1938

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 8, 2008, the Panel transferred 21 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dennis M. Cavanaugh.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Cavanaugh.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 8, 2008, and, with the consent of that court, assigned to the Honorable Dennis M. Cavanaugh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1938

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| <u>DIST. DIV. C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2    08-129 | John D. Swindall v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN  1    08-279 | Thomas L. Sizemore v. Merck & Co., Inc., et al. |
| ALN  2    08-134 | Constantine Kanakis, et al. v. Merck & Co., Inc., et al. |
| **ARKANSAS EASTERN** | |
| ARE  4    08-86 | John H. Stanley, Jr. v. Merck & Co., Inc., et al. |
| ARE  5    08-42 | Juanita Sloan v. Merck & Co., Inc., et al. |
| **ARIZONA** | |
| AZ  2    08-360 | Robert S. Levin v. Merck/Schering-Plough Pharmaceuticals, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2    08-1038 | Glenda Morgan v. Merck & Co., Inc., et al. |
| CAC  2    08-1499 | Ronald Dossey v. Merck & Co., Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE  2    08-355 | Carolyn Boyle v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  4    08-929 | Mircea Muresan v. Merck & Co., Inc., et al. |
| **DELAWARE** | |
| DE  1    08-176 | Elaine Hawk v. Merck & Co., Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM  6    08-153 | Alma Hooks, et al. v. Merck & Co., Inc., et al. |
| FLM  6    08-178 | Stephen Greenwell v. Merck & Co., Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN  5    08-58 | Jean T. Smith v. Merck & Co., Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  1    08-20317 | Moises Selesky v. Merck & Co., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN  1    08-309 | Dewey Eugene Keith, et al. v. Merck & Co., Inc., et al. |
| GAN  1    08-417 | Gregory Flynn v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN 2    08-1007 | Donald Pierce, et al. v. Merck & Co., Inc., et al. |
| **IOWA SOUTHERN** | |
| IAS 1    08-13 | James A. Pratt v. Merck & Co., Inc., et al. |
| IAS 4    08-81 | Donna Greenley v. Merck & Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3    08-67 | Christina Robin Wallace, et al. v. Merck & Co., Inc., et al. |
| ILS 3    08-163 | Mary Trebilcock v. Merck & Co., Inc., et al. |
| ILS 3    08-191 | Jerry Kee, et al. v. Merck & Co., Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS 1    08-210 | June Wilkins v. Merck & Co., Inc., et al. |
| INS 1    08-335 | Rick Lane v. Merck & Co., Inc., et al. |
| INS 1    08-470 | Edna Appel v. Merck & Co., Inc., et al. |
| **KANSAS** | |
| KS 2    08-2163 | Lois Roberta Bowers v. Merck & Co., Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2    08-784 | Kelly Fontana, et al. v. Merck & Co., Inc., et al. |
| LAE 2    08-1235 | Louisiana Health Service & Indemnity Co., etc. v. Merck & Co., Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1    08-10109 | Edward Arasimowicz v. Merck & Co., Inc., et al. |
| **MARYLAND** | |
| MD 1    08-860 | Mitchell Peiser v. Merck & Co., Inc., et al. |
| **MAINE** | |
| ME 2    08-58 | Barry Zimmerman v. Merck & Co., Inc., et al. |
| **MINNESOTA** | |
| MN 0    08-220 | Daniel L. Tollefson, Sr. v. Merck & Co., Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE 4    08-123 | Chong Badgley v. Merck & Co., Inc., et al. |
| MOE 4    08-295 | William G. Krejci v. Merck & Co., Inc., et al. |
| MOE 4    08-308 | Robert L. Scheu v. Merck & Co., Inc., et al. |
| MOE 4    08-315 | Timothy J. Leyes, Sr. v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSOURI WESTERN | |
| MOW 2   08-4021 | Steve Dillon, et al. v. Merck & Co., Inc., et al. |
| MOW 4   08-145 | Marie Maley v. Merck & Co., Inc., et al. |
| MOW 4   08-153 | Beverly Walden v. Merck & Co., Inc., et al. |
| MOW 4   08-172 | Anthony Neland v. Merck & Co., Inc., et al. |
| MOW 4   08-187 | Wei Chan v. Merck & Co., Inc., et al. |
| MOW 6   08-3119 | John Grant, et al. v. Merck/Schering-Plough Pharmaceuticals, et al. |
| MISSISSIPPI SOUTHERN | |
| MSS 2   08-74 | Iley Joe Payne v. Merck & Co., Inc., et al. |
| MSS 5   08-10 | Roy Davis v. Merck & Co., Inc., et al. |
| MONTANA | |
| MT 6   08-18 | Janet Lamping v. Merck & Co., Inc., et al. |
| NORTH CAROLINA WESTERN | |
| NCW 3   08-66 | Susan Bodnar v. Merck & Co., Inc., et al. |
| NEBRASKA | |
| NE 8   08-147 | Robert Stanley v. Merck & Co., Inc., et al. |
| NEW MEXICO | |
| NM 6   08-89 | Reverend John Carl Adams v. Merck & Co., Inc., et al. |
| NEVADA | |
| NV 3   08-64 | Bruce J. Bitter, et al. v. Merck & Co., Inc., et al. |
| NEW YORK EASTERN | |
| NYE 2   08-344 | Andrew Schwaeber v. Merck & Co., Inc., et al. |
| OKLAHOMA EASTERN | |
| OKE 6   08-110 | Sharon Loeffler v. Merck & Co., Inc., et al. |
| PUERTO RICO | |
| PR 3   08-1206 | James Cumba, et al. v. Merck & Co., Inc., et al. |
| SOUTH CAROLINA | |
| SC 0   08-518 | Gloria Brown v. Merck & Co., Inc., et al. |
| SC 3   08-318 | Jeffrey D. Morgan, M.D. v. Merck & Co., Inc. et al. |
| TENNESSEE EASTERN | |
| TNE 1   08-33 | Evelyn Igou, et al. v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| <u>DIST.</u> <u>DIV.</u> <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| TENNESSEE WESTERN | |
| TNW 1   08-1043 | Gary Lackey v. Merck & Co., Inc., et al. |
| | |
| TEXAS EASTERN | |
| TXE 9   08-19 | Robert S. Love v. Merck & C., Inc., et al. |
| | |
| TEXAS SOUTHERN | |
| TXS 2   08-34 | Roberto DeLeon v. Schering-Plough Corp., et al. |
| TXS 3   08-84 | James J. Janik v. Merck & Co., Inc., et al. |
| | |
| WEST VIRGINIA SOUTHERN | |
| WVS 3   08-162 | Virginia Miller, et al. v. Merck & Co., Inc., et al. |
| WVS 3   08-195 | Debra Lynn Lewis, et al. v. Schering-Plough Pharmaceuticals, Inc., et al. |

RULE 5.2:    SERVICE OF PAPERS FILED

    (a)    All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation.  Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure.  The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each.  If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address.  The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading.  The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service.  After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings.  In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

    (b)    The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion.  The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

    (c)    Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation.  Only one attorney shall be designated for each party.  Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address.  Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

    (d)    In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel.  After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

    (e)    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel.  Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

## RULE 7.4:     CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"

(a)     Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation.  The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)     Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)     Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period.  If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel.  The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)     Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof.  The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel.  Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)     Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)     Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

## RULE 7.5:     MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)     Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)     Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)     Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407.  Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown.  The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)     A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)     Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1938

## INVOLVED COUNSEL LIST (CTO-1)

Gregory W. Aleshire
ALESHIRE ROBB & SIVILS PC
2847 Ingram Mill Road
Suite A-102
Springfield, MO 65804

Craig O. Asbill
CHARLES G MONNETT III & ASSOCIATES
P.O. Box 37206
Charlotte, NC 28237

Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

Michael L. Baum
BAUM HEDLUND ARISTEI & GOLDMAN
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025-7106

Effie V. Bean
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Benjamin A. Bertram
BERTRAM & GRAF LLC
9229 Ward Parkway
Suite 225
Kansas City, MO 64114

Steven J. Boranian
REED SMITH LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111-4106

Karen A. Braje
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922

Turner W. Branch
BRANCH LAW FIRM
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Patrick G. Broderick
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200

Brandon L. Buchanan
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

John M. Burnett
BURNETT LAW FIRM
320 Gold Avenue, SW
Albuquerque, NM 87102

W. Stuart Calwell
CALWELL PRACTICE
500 Randolph Street
Charleston, WV 25302

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

William T. Causby
NELSON MULLINS RILEY & SCARBOROUGH LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Jordan Lucas Chaikin
PARKER WAICHMAN ALONSO LLP
27399 Riverview Center Boulevard
Suite 106
Bonita Springs, FL 34134

George Edmond Chandler
CHANDLER LAW OFFICES
P.O. Box 340
Lufkin, TX 75901-0340

Richard E. Crum
SHEALY CRUM & PIKE PC
P.O. Box 6346
Dothan, AL 36302-6346

Patrick F. Curran
PATRICK F CURRAN PC
P.O. Box 936
Ottumwa, IA 52501

Robert Thomas Dassow
HOVDE DASSOW & DEETS LLC
10585 N. Meridian Street
Suite 205
Indianapolis, IN 42690

H. Peter Del Bianco, Jr.
LAMBERT & COFFIN
477 Congress Street
14th Floor
P.O. Box 15215
Portland, ME 04112-5215

John J. Driscoll
BROWN & CROUPPEN PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

R. Terrance Duddy
KELLY REMMEL & ZIMMERMAN
53 Exchange Street
P.O. Box 597
Portland, ME 04112

James R. Dugan II
MURRAY LAW FIRM
Poydras Center
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Timothy A. Engelmeyer
ENGELMEYER & PEZZANI LLC
13321 N. Outer Forty Road
Suite 300
Chesterfield, MO 63017

Rafael Escalera-Rodriquez
RICHARD & ESCALERA
P.O. Box 36418
San Juan, PR 00936-4148

Annette Cristin Escobar
ASTIGARRAGA DAVIS
701 Brickell Avenue
Suite 1650
Miami, FL 33131-2847

Joel R. Euler
EULER LAW OFFICES LLP
137 South Main Street
P. O. Box 326
Troy, KS 66087

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Lawrence Alan Fogel, Jr.
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Eric H. Gibbs
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108

Justin S. Gilbert
GILBERT LAW FIRM
P.O. Box 11357
2021 Greystone Park
Jackson, TN 38308

James R. Grisham
GULAS & STUCKEY
2031 2nd Avenue North
Birmingham, AL 35203

Jerry Guerra
555 North Carancahua
Suite 200
Corpus Christi, TX 78478

Alan Thomas Hargrove, Jr.
RUSHTON STAKELY JOHNSTON & GARRETT PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Lance August Harke
HARKE & CLASBY LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130

Aaron L. Harrah
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Barry M. Hill
HILL WILLIAMS PLLC
89 Twelfth Street
Wheeling, WV 26003

Todd Eugene Hilton
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

Steven Randall Hood
MCGOWAN HOOD & FELDER LLC
1539 Healthcare Drive
Rock Hill, SC 29732

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
210 East Capitol Street
Suite 1700 Regions Plaza
P.O. Box 22567
Jackson, MS 39225-2567

Martin A. Kasten
FRIDAY ELDREDGE & CLARK LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3522

Richard S. Krumholz
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Archie C. Lamb, Jr.
LAMB FIRM
2900 1st Avenue South
Birmingham, AL 35233

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

James Dale Lawrence
BRYAN CAVE LLP
1200 Main Street
Suite 3500
Kansas City, MO 64105-2100

C.W. Leaphart, Jr.
LEAPHART LAW FIRM
2525 Colonial Drive
Suite D
Helena, MT 59601

Gregory M. Lederer
LEDERER WESTON & CRAIG PLC
118 3rd Avenue, S.E.
Suite 700 Higley Building
P.O. Box 1927
Cedar Rapids, IA 52406-1927

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Kevin George Lohman
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Michael A. London
DOUGLAS & LONDON PC
111 John Street
Suite 1400
New York, NY 10038

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

John Michael Love
LOVE & WILLS
202 East Lufkin Avenue
Suite 201
Lufkin, TX 75901

DeWitt M. Lovelace
LOVELACE LAW FIRM PA
36474 Emerald Coast Parkway
Suite 4202
Destin, FL 32541

Kimberly F. Lowe
LOWE & LOWE LLC
117 North Benton Street
Waynesville, MO 65583

John Phillip MacNaughton
MORRIS MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Brian J. Madden
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112-2255

Steven R. Maher
MAHER LAW FIRM
631 West Morse Boulevard
Suite 200
Winter Park, FL 32789

Steven R. Maher
MAHER LAW FIRM
6320 Canoga Avenue
Suite 1620
Woodland Hills, CA 91367

Stefan A. Mallen
BRYAN CAVE LLP
One Metropolitan Square
Suite 3600
211 North Broadway
St. Louis, MO 63102-2750

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Stephen D. Martin
NELSON MULLINS RILEY & SCARBOROUGH LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

David L. Martindale
HORTMAN HARLOW MARTINDALE BASSI ET AL
P.O. Box 1409
Laurel, MS 39441-1409

Robert R. McCoy
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Robert R. McCoy
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

David S. McCrea
MCCREA & MCCREA
119 South Walnut Street
P.O. Box 1310
Bloomington, IN 47402

Marilyn T. McGoldrick
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Warren R. McGraw II
MCGRAW LAW OFFICES
P.O. Box 279
Prosperity, WV 25909-0279

Christopher J. Michie
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Marie Bernarde Miller
GILL ELROD RAGON OWEN & SHERMAN PA
Metropolitan Tower, Suite 3801
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

Edward Maurice Mullins
ASTIGARRAGA DAVIS
701 Brickell Avenue
Suite 1650
Miami, FL 33131

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, IN 46202-2415

Gary S. Nitsche
WEIK NITSCHE DOUGHERTY & COMPONOVO
1300 North Grant Avenue
Suite 101
Wilmington, DE 19806

Keenan R.S. Nix
MORGAN & MORGAN PA
191 Peachtree Street, N.E.
Suite 4200
Atlanta, GA 30303

Charles Andrew O'Brien III
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, LA 70898-9029

Leonard Arnold Orman
ORMAN LAW FIRM
26 South Street
Baltimore, MD 21202

Jerrold S. Parker
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Robert M. Partain
O'DONNELL & ASSOCIATES PC
550 South Hope Street
Suite 1000
Los Angeles, CA 90071

Gary R. Pearson
PEARSON LAW FIRM
221 South 66th Street
Lincoln, NE 68510

Ronnie Glynn Penton
LAW OFFICES OF RONNIE G PENTON
2250 Gause Boulevard East
Suite 310
Slidell, LA 70458

Derek H. Potts
POTTS LAW FIRM LLC
715 May Street
Suite 100
Kansas City, MO 64105

Eric M. Quetglas-Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908-6606

Julie L. Rhoades
MATTHEWS & ASSOCIATES
2905 Sackett
Houston, TX 77098

Foster Robberson
LEWIS & ROCA LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

Kevin C. Roberts
BREEZE ROBERTS PONDER-BATES
& ZIMMER LLC
10438 Highway 21
P.O. Box 888
Hillsboro, MO 63050

Edward D. Robertson, Jr.
BARTIMUS FRICKLETON ROBERTSON
& GORNY PC
715 Swifts Highway
Jefferson City, MO 65109

James J. Rosemergy
CAREY & DANIS LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786

Timothy Arthur Rowe
ROWE & HAMILTON
22 East Washington Street
600 Victoria Centre
Indianapolis, IN 46204

Robert W. Russell
KEMPTON & RUSSELL LLC
114 East 5th Street
P.O. Box 815
Sedalia, MO 65301

Mark D. Samson
KELLER ROHRBACK PLC
National Bank Plaza
3101 N. Central Avenue
Suite 1400
Phoenix, AZ 85012-2600

Lynn L. Sarko
KELLER ROHRBACK LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Douglas G. Schneebeck
MODRALL SPERLING ROEHL HARRIS
& SISK P A
P.O. Box 2168
Albuquerque, NM 87103

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Kari A. Schulte
COOK VETTER DOERHOFF & LANDWEHR
231 Madison Street
Jefferson City, MO 65101

Thomas E. Schwartz
HOLLORAN WHITE & SCHWARTZ LLP
2000 South Eighth Street
St. Louis, MO 63104

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

James Paul Sizemore
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Richard C. Stanley
STANLEY FLANAGAN & REUTER L L C
909 Poydras Street
LL&E Tower
Suite 2500
New Orleans, LA 70112

Fernando Xavier Starkes
STARKES LAW FIRM
P.O. Box 1497
Columbia, SC 29202

Ranae D. Steiner
HEINS MILLS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN 55403

Joseph Gordon Stewart, Jr.
JOSEPH G STEWART JR PC
6987 Halcyon Park Drive
P.O. Box 911
Montgomery, AL 36117

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Boulevard
19th Floor
Los Angeles, CA 90025

Stephen G. Strauss
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph Preston Strom, Jr.
STROM LAW FIRM LLC
2110 North Beltline Boulevard
Suite A
Columbia, SC 29204-3905

Dennis C. Sweet III
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201

Gerald B. Taylor
TAYLOR LAW FIRM LLC
7208 Fairwoods Place
Montgomery, AL 36117

Thomas P. Thrash
THRASH LAW FIRM
1101 Garland Street
Little Rock, AR 72201

John H. Tinney
TINNEY LAW FIRM PLLC
P.O. Box 3752
Charleston, WV 25337-3752

Marvin L. Vannier
VANNIER LAW FIRM
1221 East Pierce Street
Suite 200
Council Bluffs, IA 51503

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Thomas W. Wagstaff
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Jeffrey L. Walters
CLEMENS WALTERS CONLON & MEYER LLP
2080 Southpark Court
Dubuque, IA 52003

J. Michael Weilmuenster
WEILMUENSTER & WIGGINTON
3201 West Main Street
Belleville, IL 62226

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Lee A. Weiss
DREIER LLP
499 Park Avenue
New York, NY 10022

Mark G. Wermerskirchen
WERMERSKIRCHEN LAW OFFICE PA
P.O. Box 1002
Willmar, MN 56201

J. Stewart White
WHITE MEANY & WETHERALL LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Brian L. Williams
GUSTAFSON GLUEK PLLC
608 Second Avenue South
650 Northstar East
Minneapolis, MN 55402

Benjamin C. Wilson
RUSHTON STAKELY JOHNSTON & GARRETT PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Edward Kirskey Wood, Jr.
LAW OFFICES OF EDWARD KIRK WOOD
P.O. Box 382434
Birmingham, AL 35283

Clinton R. Wright
ROBERTS LAW FIRM PC
215 Chesterfield Business Parkway
Suite A
Chesterfield, MO 63005

Thomas M. Wright
WRIGHT STOUT & WILBURN
300 West Broadway, Suite A
P.O. Box 707
Muskogee, OK 74401