**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MIRCEA MURESAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., SCHERING-PLOUGH CORPORATION, and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | No. C 08-00929 SBA<br><br>**ORDER** |

The Judicial Panel on Multidistrict Litigation has filed a Conditional Transfer Order in the *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938, in the United States District Court for the District of New Jersey, conditionally transferring this case to MDL No. 1938. In light of the pending transfer, this matter is STAYED. The Case Management Conference, set for May 21, 2008, is VACATED.

IT IS SO ORDERED.

Date: 5/14/08

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge