Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED

MAY 15 2008

AT 8:30_____M
WILLIAM T. WALSH, CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1938

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By ..... JOHN ICKLAN
Deputy Clerk

On April 8, 2008, the Panel transferred 21 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dennis M. Cavanaugh.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Cavanaugh.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 8, 2008, and, with the consent of that court, assigned to the Honorable Dennis M. Cavanaugh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 1 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1938

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  08-129 | John D. Swindall v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN  1  08-279 | Thomas L. Sizemore v. Merck & Co., Inc., et al. |
| ALN  2  08-134 | Constantine Kanakis, et al. v. Merck & Co., Inc., et al. |
| **ARKANSAS EASTERN** | |
| ARE  4  08-86 | John H. Stanley, Jr. v. Merck & Co., Inc., et al. |
| ARE  5  08-42 | Juanita Sloan v. Merck & Co., Inc., et al. |
| **ARIZONA** | |
| ~~AZ    2    08-360~~ | ~~Robert S. Levin v. Merck/Schering-Plough Pharmaceuticals, et al.~~ |
| | Opposed 5/9/08 |
| **CALIFORNIA CENTRAL** | |
| CAC  2  08-1038 | Glenda Morgan v. Merck & Co., Inc., et al. |
| CAC  2  08-1499 | Ronald Dossey v. Merck & Co., Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE  2  08-355 | Carolyn Boyle v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  4  08-929 | Mircea Muresan v. Merck & Co., Inc., et al. |
| **DELAWARE** | |
| DE  1  08-176 | Elaine Hawk v. Merck & Co., Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM  6  08-153 | Alma Hooks, et al. v. Merck & Co., Inc., et al. |
| FLM  6  08-178 | Stephen Greenwell v. Merck & Co., Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN  5  08-58 | Jean T. Smith v. Merck & Co., Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  1  08-20317 | Moises Selesky v. Merck & Co., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN  1  08-309 | Dewey Eugene Keith, et al. v. Merck & Co., Inc., et al. |
| GAN  1  08-417 | Gregory Flynn v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN  2  08-1007 | Donald Pierce, et al. v. Merck & Co., Inc., et al. |
| **IOWA SOUTHERN** | |
| IAS  1  08-13 | James A. Pratt v. Merck & Co., Inc., et al. |
| IAS  4  08-81 | Donna Greenley v. Merck & Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  08-67 | Christina Robin Wallace, et al. v. Merck & Co., Inc., et al. |
| ILS  3  08-163 | Mary Trebilcock v. Merck & Co., Inc., et al. |
| ILS  3  08-191 | Jerry Kee, et al. v. Merck & Co., Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS  1  08-210 | June Wilkins v. Merck & Co., Inc., et al. |
| INS  1  08-335 | Rick Lane v. Merck & Co., Inc., et al. |
| INS  1  08-470 | Edna Appel v. Merck & Co., Inc., et al. |
| **KANSAS** | |
| KS  2  08-2163 | Lois Roberta Bowers v. Merck & Co., Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  08-784 | Kelly Fontana, et al. v. Merck & Co., Inc., et al. |
| LAE  2  08-1235 | Louisiana Health Service & Indemnity Co., etc. v. Merck & Co., Inc., et al. |
| **MASSACHUSETTS** | |
| MA  1  08-10109 | Edward Arasimowicz v. Merck & Co., Inc., et al. |
| **MARYLAND** | |
| MD  1  08-860 | Mitchell Peiser v. Merck & Co., Inc., et al. |
| **MAINE** | |
| ME  2  08-58 | Barry Zimmerman v. Merck & Co., Inc., et al. |
| **MINNESOTA** | |
| MN  0  08-220 | Daniel L. Tollefson, Sr. v. Merck & Co., Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE  4  08-123 | Chong Badgley v. Merck & Co., Inc., et al. |
| MOE  4  08-295 | William G. Krejci v. Merck & Co., Inc., et al. |
| MOE  4  08-308 | Robert L. Scheu v. Merck & Co., Inc., et al. |
| MOE  4  08-315 | Timothy J. Leyes, Sr. v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| MISSOURI WESTERN | |
| MOW 2    08-4021 | Steve Dillon, et al. v. Merck & Co., Inc., et al. |
| MOW 4    08-145 | Marie Maley v. Merck & Co., Inc., et al. |
| MOW 4    08-153 | Beverly Walden v. Merck & Co., Inc., et al. |
| MOW 4    08-172 | Anthony Neland v. Merck & Co., Inc., et al. |
| MOW 4    08-187 | Wei Chan v. Merck & Co., Inc., et al. |
| ~~MOW 6    08-3119~~ | ~~John Grant, et al. v. Merck/Schering-Plough Pharmaceuticals, et al.~~ Opposed 5/9/08 |
| MISSISSIPPI SOUTHERN | |
| MSS 2    08-74 | Iley Joe Payne v. Merck & Co., Inc., et al. |
| MSS 5    08-10 | Roy Davis v. Merck & Co., Inc., et al. |
| MONTANA | |
| MT 6    08-18 | Janet Lamping v. Merck & Co., Inc., et al. |
| NORTH CAROLINA WESTERN | |
| NCW 3    08-66 | Susan Bodnar v. Merck & Co., Inc., et al. |
| NEBRASKA | |
| NE 8    08-147 | Robert Stanley v. Merck & Co., Inc., et al. |
| NEW MEXICO | |
| NM 6    08-89 | Reverend John Carl Adams v. Merck & Co., Inc., et al. |
| NEVADA | |
| NV 3    08-64 | Bruce J. Bitter, et al. v. Merck & Co., Inc., et al. |
| NEW YORK EASTERN | |
| NYE 2    08-344 | Andrew Schwaeber v. Merck & Co., Inc., et al. |
| OKLAHOMA EASTERN | |
| OKE 6    08-110 | Sharon Loeffler v. Merck & Co., Inc., et al. |
| PUERTO RICO | |
| PR 3    08-1206 | James Cumba, et al. v. Merck & Co., Inc., et al. |
| SOUTH CAROLINA | |
| SC 0    08-518 | Gloria Brown v. Merck & Co., Inc., et al. |
| SC 3    08-318 | Jeffrey D. Morgan, M.D. v. Merck & Co., Inc. et al. |
| TENNESSEE EASTERN | |
| TNE 1    08-33 | Evelyn Igou, et al. v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TENNESSEE WESTERN** | |
| TNW 1  08-1043 | Gary Lackey v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 9  08-19 | Robert S. Love v. Merck & C., Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 2  08-34 | Roberto DeLeon v. Schering-Plough Corp., et al. |
| TXS 3  08-84 | James J. Janik v. Merck & Co., Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 3  08-162 | Virginia Miller, et al. v. Merck & Co., Inc., et al. |
| WVS 3  08-195 | Debra Lynn Lewis, et al. v. Schering-Plough Pharmaceuticals, Inc., et al. |

**UNITED STATES DISTRICT COURT** CAMDEN OFFICE
**MARTIN LUTHER KING, JR.** USPO & Courthouse
William T. Walsh **FEDERAL BLD & U.S. COURTHOUSE** 401 Market Street
Clerk **50 WALNUT STREET** Camden, N.J. 08101
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419** TRENTON OFFICE

402 East State Street
(973) 645-4555                                    P.O. Box 515
                                                  Trenton, N.J. 08603


Date: May 22, 2008


Re:  MDL -1938 – In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation
     District Court Case Numbers Unassigned Pending Case Extraction

Dear Clerk:

     Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the actions listed in that order, and presently pending in your Court, to the District of New Jersey, and assigned to the Honorable Dennis M. Cavanaugh, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

     If your court is currently on CM/ECF Version 3.0, you can transfer the case to use via Case Extraction in Utilities. If you have any questions, please contact Ms. Charles Sanders at 973-645-4582.  Please return a copy of this letter when transmitting your files and certified copies of the docket sheets.

                                        Very truly yours,

                                        WILLIAM T. WALSH, Clerk


                                        /s/ John Icklan, Deputy Clerk


Enc.

cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation