**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 22, 2008

District Clerk,
U.S. District Court, District of New Jersey
50 Walnut Street, P.O. Box 419
Newark, NJ 07101-0419

RE: CV 08-00929 SBA  MIRCEA MURESAN-v-MERCK AND CO

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

  ☒  Certified copy of docket entries.

  ☒  Certified copy of Transferral Order.

  ☒  Original case file documents.

  ☐  Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

  Sincerely,
  RICHARD W. WIEKING, Clerk

  by: _____
  Jessie Mosley
  Case Systems Administrator

Enclosures
Copies to counsel of record